**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11cv150**

| | | |
|---|---|---|
| **LYNN PETERSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **ANTHONY BERTOZZI,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

Upon an independent review of the docket in this case, it appears that the undersigned has a conflict of interest. Accordingly, the undersign disqualifies himself from further proceedings related to the above-styled matter.

Signed: July 12, 2011

Dennis L. Howell
United States Magistrate Judge

-1-